Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

Case Number  SA CR 16- **SACR16-00043**   Defendant Number  1
U.S.A. v.  BRIAN JOSEPH PACIOS                         Year of Birth  1983
☐ Indictment          ☑ Information       Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense
☐ Class B Misdemeanor   ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense  Beginning in 2014 to 4/16/2015

c. County in which first offense occurred

Orange

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☐ Los Angeles       ☐ Ventura
☑ Orange            ☐ Santa Barbara
☐ Riverside         ☐ San Luis Obispo
☐ San Bernardino    ☐ Other _____

Citation of Offense  18 U.S.C. §§ 1341, and 401(3)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☑ No   ☐ Yes

IF YES  Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

CASE  SA CR 16-22-AG

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on:  N/A

Case Number _____

Charging _____

The complaint:   ☐ is still pending
                 ☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?   ☐ No   ☐ Yes

IF YES, provide, Name: _____
            Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*    ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*    ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number _____
The superseded case:
☐ is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*    ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*    ☐ No

FILED 2016 APR 11 PM 2:18 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**

☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien

Alias Name(s)   Brian Barry, Brian Kelly

This defendant is charged in:   ☑ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☐ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud     ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☑ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____
   in the amount of $ _____

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district: _____

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number: _____

d. ☐ Solely on this charge. Date and time of arrest: _____

e. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   __20__   __21__   __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   04/07/2016

Signature of Assistant U.S. Attorney
Vibhav Mittal
Print Name